BOOTH *et al.*, Respondents, *v.* SIMPSON *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.* March 18, 1892.)

Motion by defendants (appellants) for reargument.   Denied.

For decision on appeal, see 18 N. Y. Supp. 947, *mem.*

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

PER CURIAM. The question litigated in the court below was one of fact, and the judgment appealed from was rendered upon a conflict of evidence. In such a case this court will not reverse unless the evidence so greatly preponderated in favor of the appellant that its disregard amounted to a perversion of justice. Upon an examination of the record we cannot say that injustice has been done the appellants, and this motion must therefore be denied. Motion denied, with $10 costs.